IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

WILLIAM EARL MILLER                                                                                  PLAINTIFF
ADC #122780

V.                                            NO. 2:07cv00044 JMM-JWC

LARRY NORRIS, et al                                                                              DEFENDANTS

ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition received from Magistrate Judge Jerry Cavaneau. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Plaintiff's motion for leave to file an amended complaint (docket entry #8) is denied.

IT IS SO ORDERED this 5th day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE