IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

WILLIAM EARL MILLER                                                                    PLAINTIFF
ADC #122780

V.                              NO. 2:07cv00044 JMM-JWC

LARRY NORRIS, et al                                                                  DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommendations received from Magistrate Judge Jerry Cavaneau. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Defendants' motion to dismiss (docket entry #10) is denied.

IT IS SO ORDERED this 4th day of January, 2008.

_____
UNITED STATES DISTRICT JUDGE