IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

WILLIAM EARL MILLER                                                                                          PLAINTIFF
ADC #122780

V.                                              NO. 2:07cv00044 JMM

LARRY NORRIS, et al                                                                                         DEFENDANTS

ORDER

On July 2, 2008, Plaintiff filed a motion to voluntarily dismiss this 42 U.S.C. § 1983 complaint in its entirety (doc. 53), on the grounds that he has been removed from the East Arkansas Regional Unit and the problems with the inmates involved.[1] Plaintiff no longer wishes to prosecute and is willingly dropping the matter provided that such a dismissal will not be counted as a strike pursuant to 28 U.S.C. § 1915(g). There are no objections; therefore, the Court finds that no reason exists to deny Plaintiff's request.

Plaintiff's motion to voluntarily dismiss (doc. 53) is hereby GRANTED. Judgment will be entered dismissing Plaintiff's complaint <u>without</u> prejudice. This dismissal does not constitute a strike. All pending motions are DENIED AS MOOT.

IT IS SO ORDERED this 7th day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The docket shows a motion for discovery which was docketed July 3, 2008 (doc.54). However, that motion was signed on June 28, 2008, predating the motion to dismiss.