IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

WILLIAM EARL MILLER                                             PLAINTIFF
ADC #122780

V.                              NO. 2:07cv00044 JMM

LARRY NORRIS, et al                                            DEFENDANTS


<u>JUDGMENT</u>

In accordance with the Court's Order entered this date, judgment is hereby entered

dismissing Plaintiff's complaint without prejudice.

IT IS SO ORDERED this 7th day of July, 2008.


_____
UNITED STATES DISTRICT JUDGE